# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JEFFREY CAMPBELL**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF KANNAPOLIS, KANNAPOLIS CITY SCHOOLS BOARD OF EDUCATION,** <br><br> Defendants. | **CIVIL ACTION NO.:** <br> **1:13-CV-479** <br><br> **Jury Trial Demanded** |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Campbell, through undersigned Counsel, gives notice of the dismissal of this action without prejudice against Defendant City of Kannapolis and certifies that the Defendant has not filed an answer or motion for summary judgment in this matter.

This the 16th day of July, 2013.

/s/ MICHAEL HARMAN
Michael Harman, NCSB # 43802
Attorney for Plaintiff
THE ANGEL LAW FIRM, PLLC
PO Box 1296 (28026)
109 Church Street N
Concord, NC 28025
Telephone: (704) 262-6903
Facsimile (704) 973-7859
email: michael@theangellawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JEFFREY CAMPBELL**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF KANNAPOLIS, KANNAPOLIS CITY SCHOOLS BOARD OF EDUCATION,** <br><br> Defendants. | **CIVIL ACTION NO.:** <br> **1:13-CV-479** <br><br> **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

I hereby certify that on <u>July 16, 2013</u>, I electronically filed the foregoing "Voluntary Dismissal Without Prejudice" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Defendant's counsel:

D.J. O'Brien III
Attorney for Kannapolis City Schools
BROOKS PIERCE
P.O. Box 26000
Greensboro, NC 27420
Telephone: 336.271.3194
Facsimile: 336.232.3195
email: dobrien@brookspierce.com

/s/ MICHAEL HARMAN
Michael Harman NCSB#  43802
Attorney for the Plaintiff
THE ANGEL LAW FIRM, PLLC
PO Box 1296 (28026)
109 Church Street N
Concord, NC 28025
Telephone: 704.262.6903
Facsimile:  704.973.7859
e-mail: michael@theangellawfirm.com
